$50 FEE PAID
#118620
FEE NOT PAID
(SEND LETTER)

ORIGINAL

# I. THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

ENTRY-MASTER SYSTEMS, INC.,              *

**Plaintiff(s)**                         *

Case No.: ___02-CV-1589___

**vs.**                                  *

THE CHAMBERLAIN GROUP, INC.
d/b/a SENTEX SYSTEMS, INC., et al.       *

**Defendant(s)**

***\*\*\*\*\*\****

## MOTION FOR ADMISSION *PRO HAC VICE*

I, _Francis Joseph Gorman_____, am a member in good standing of the bar of

this Court. My bar number is ___00690_____. I am moving the admission of

_Sandra V. Scavo_____ to appear *pro hac vice* in this case as

counsel for _The Chamberlain Group, Inc._____.

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts
and/or United States Courts:

| Court | Date of Admission |
|-------|-------------------|
| Northern District of Illinois | 2000 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been
admitted *pro hac vice* in this Court _0_ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice
law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____Michael S. Yang_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _Signature_ | _Signature_ |
| Francis J. Gorman | Sandra V. Scavo |
| Printed Name | Printed Name |
| Gorman & Williams | Fitch, Even, Tabin & Flannery |
| Firm | Firm |
| Two N. Charles St. | 120 S. LaSalle St., Suite 1600 |
| Address  Baltimore, MD   21201 | Address  Chicago, IL   60603-3406 |
| (410) 528-0600 | (312) 577-7000      Prid 289338 |
| Telephone Number | Telephone Number   Plid 117092 |
| (410) 528-0602 | (312) 577-7001 |
| Fax Number | Fax Number |

**************************************************************************

## ORDER

☑ GRANTED     ☐ DENIED   Felicia C. Cannon

_7-12-02_                       by _Lira Stavou_

Date                          Clerk, United States District Court