

ORIGINAL

$50 FEE PAID
# 1186720
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT

ENTRY-MASTER SYSTEMS, INC.,     *

        **Plaintiff(s)**     *

                                        Case No.:   02-CV-1589

      vs.     *

THE CHAMBERLAIN GROUP, INC.,
d/b/a SENTEX SYSTEMS, INC., et al.     *

        **Defendant(s)**

                        ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Francis Joseph Gorman__, am a member in good standing of the bar of this Court. My bar number is __00690__. I am moving the admission of __Richard W. Schumacher__ to appear *pro hac vice* in this case as counsel for __The Chamberlain Group, Inc.__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| 7th Circuit Court of Appeals | November 1978 |
| Northern District of Illinois | November 1978 |
| | |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                                            Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ___Michael S. Yang___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
Signature: [signed] Francis J. Gorman

Francis J. Gorman
Printed Name

Gorman & Williams
Firm

Two N. Charles St.
Address  Baltimore, MD  21201

(410) 528-0600
Telephone Number

(410) 528-0602
Fax Number

PROPOSED ADMITTEE
Signature: [signed]

Richard W. Schumacher
Printed Name

Fitch, Even, Tabin & Flannery
Firm

120 S. LaSalle St., Suite 1600
Address  Chicago, IL  60603-3406

(312) 577-7000
Telephone Number

(312) 577-7007
Fax Number

Prid 289340
Plid 17072

********************************************************************

## ORDER

☑ GRANTED      ☐ DENIED

7-12-02
Date

Felicia C. Cannon
by [signed] Lisa Stancou
Clerk, United States District Court