THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



$50 FEE PAID
# 1186720
FEE NOT PAID
(SEND LETTER)

**ORIGINAL**
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

ENTRY-MASTER SYSTEMS, INC.,     *

           Plaintiff(s)     *

           Case No.: 02-CV-1589

     vs.     *

THE CHAMBERLAIN GROUP, INC.
d/b/a SENTEX SYSTEMS, INC., et al.     *

           Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Francis Joseph Gorman__, am a member in good standing of the bar of this Court. My bar number is __00690__. I am moving the admission of

__Karl R. Fink__ to appear *pro hac vice* in this case as counsel for __The Chamberlain Group, Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| U.S. District Court for the Northern District of Illinois | 12/17/81 |
| Supreme Court of Illinois | 11/5/81 |
| U.S. Court of Appeals for the Federal Circuit | 5/9/89 |
| U.S. Court of Appeals for the 7th Circuit | 1989 |
| U.S. Supreme Court | 1/10/94 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or ___Michael ○. Yang___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_____
Signature

Francis J. Gorman
Printed Name

Gorman & Williams
Firm

Two N. Charles St.
Address  Baltimore, MD  21201

(410) 528-0600
Telephone Number

(410) 528-0602
Fax Number

PROPOSED ADMITTEE
_____
Signature

Karl R. Fink
Printed Name

Fitch, Even, Tabin & Flannery
Firm

120 S. LaSalle St., Suite 1600
Address  Chicago, IL  60603-3406

(312) 577-7000            Prid 289341
Telephone Number

(312) 577-7007            Plid 117072
Fax Number

*************************************************************************

**ORDER**

☒ GRANTED          ☐ DENIED  Felicia C. Cannon
                              by _____
7-12-02                        Clerk, United States District Court
Date