



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ENTRY-MASTER SYSTEMS, INC., | * | |
| **Plaintiff(s)** | * | |
| | | Case No.: 02-CV-1589 |
| vs. | * | |
| THE CHAMBERLAIN GROUP, INC. d/b/a SENTEX SYSTEMS, INC., et al. | * | |
| **Defendant(s)** | | |

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Francis Joseph Gorman, am a member in good standing of the bar of this Court. My bar number is 00690. I am moving the admission of Joseph T. Nabor to appear *pro hac vice* in this case as counsel for The Chamberlain Group, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Northern District of Illinois | 1989 |
| Illinois State Supreme Court | 1989 |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                               Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____Michael S. Yang_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_____
Signature

Francis J. Gorman
Printed Name

Gorman & Williams
Firm

Two N. Charles St.
Address Baltimore, MD 21201

(410) 528-0600
Telephone Number

(410) 528-0602
Fax Number

PROPOSED ADMITTEE
_____
Signature

Joseph T. Nabor
Printed Name

Fitch, Even, Tabin & Flannery
Firm

120 S. LaSalle St., Suite 1600
Address Chicago, IL 60603-3406

(312) 577-7000
Telephone Number      Prid 287339

(312) 577-7007        Plid 117072
Fax Number

*************************************************************

## ORDER

☑ GRANTED        ☐ DENIED

7-12-02                    Felicia C. Cannon
_____  by _____
Date                       Clerk, United States District Court