In The United States District Court
For The District Of Maryland
Northern Division

| | | |
|---|---|---|
| ENTRY-MASTER SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | WMN 02-CV-1589 |
| | ) | |
| THE CHAMBERLAIN GROUP, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT**

Pursuant to Local Rule 105(9), the parties jointly consent and move for an extension of time to Friday, May 2, 2003 for Plaintiff to file its Reply Memorandum in Support of Its Motion for Contempt and say as follows:

1. On April 11, 2003, Defendants filed their Opposition to Motion for Contempt and to Enforce Settlement Agreement.

2. Plaintiff's Reply to Defendants' Opposition to Motion for Contempt and to Enforce Settlement Agreement is presently due on or before April 25, 2003.

3. The parties are attempting to reach a resolution to the disputes between them as raised in Plaintiff's Motion for Contempt, and the parties have agreed that additional time is needed to reach such a resolution.

4. The parties have jointly agreed to extend the due date for Plaintiff to file its Reply for one week, until Friday, April 25, 2003.

WHEREFORE, for the foregoing reasons, the parties jointly request that the Court grant an extension of time to Friday, April 25, 2003 for Plaintiff to file its Reply Memorandum in Support of Its Motion for Contempt.

| /s/ | /s/ |
|---|---|
| F. Kirk Kolodner, Esq. | Francis J. Gorman, P.C. |
| (signed by Francis J. Gorman with permission of F. Kirk Kolodner) | |
| Federal Bar No. 01135 | Federal Bar No. 00690 |
| Adelberg, Rudow, Dorf & Hendler, LLC | Gorman & Williams |
| 600 Mercantile Bank & Trust Bldg. | Two North Charles Street |
| 2 Hopkins Plaza | Baltimore, Maryland 21201 |
| Baltimore, Maryland 21201 | Tel: 410-528-0600 |
| Tel: 410-539-5195 | Fax: 410-528-0602 |
| Fax: 410-539-5834 | |
| | Attorney for Defendants |
| Attorney for Plaintiff | |

IT IS SO ORDERED, this _____ day of _____, 2003.

_____
JUDGE, U.S. District Court for
the District of Maryland