In The United States District Court
For The District Of Maryland
Northern Division

| | | |
|---|---|---|
| ENTRY-MASTER SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | WMN 02-CV-1589 |
| | ) | |
| THE CHAMBERLAIN GROUP, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT**

Pursuant to Local Rule 105(9), the parties jointly consent and move for an extension of time to Friday, May 9, 2003 for Plaintiff to file its Reply Memorandum in Support of Motion for Contempt and say as follows:

1. On April 11, 2003, Defendants filed their Opposition to Motion for Contempt and to Enforce Settlement Agreement.

2. Plaintiff's Reply to Defendants' Opposition to Motion for Contempt and to Enforce Settlement Agreement was originally due on or before April 25, 2003. The Court granted an extension of said deadline to and including May 2, 2003.

3. The parties are attempting to reach a resolution to the disputes between them as raised in Plaintiff's Motion for Contempt, and the parties have agreed that additional time is needed to reach such a resolution. In line with this,

Defendants' response to Plaintiff's settlement proposal was received by Plaintiff's counsel on May 1, 2003.

4.   The parties have jointly agreed to extend the due date for Plaintiff to file its Reply for one week, until Friday, May 9, 2003.

WHEREFORE, for the foregoing reasons, the parties jointly request that the Court grant an extension of time to Friday, May 9, 2003 for Plaintiff to file its Reply Memorandum in Support of Motion for Contempt.

| | |
|---|---|
| \_\_\_\_/s/_____ <br> F. Kirk Kolodner, Esq. <br><br> Federal Bar No. 01135 <br> Adelberg, Rudow, Dorf & Hendler, LLC <br> 600 Mercantile Bank & Trust Bldg. <br> 2 Hopkins Plaza <br> Baltimore, Maryland 21201 <br> Tel: 410-539-5195 <br> Fax: 410-539-5834 <br><br> Attorney for Plaintiff | \_\_\_\_/s/_____ <br> Francis J. Gorman, P.C. <br> (with permission) <br> Federal Bar No. 00690 <br> Gorman & Williams <br> Two North Charles Street <br> Baltimore, Maryland 21201 <br> Tel: 410-528-0600 <br> Fax: 410-528-0602 <br><br> Attorney for Defendant |

IT IS SO ORDERED, this \_\_\_\_\_ day of _____, 2003.

_____
JUDGE, U.S. District Court for the District of Maryland