IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ENTRY-MASTER SYSTEMS, INC., | * |
| Plaintiff | * |
| v. | * Case No. WMN-02-1589 |
| THE CHAMBERLAIN GROUP, INC | * |
| and | |
| CHAMBERLAIN MANUFACTURING CORPORATION | * |
| | * |
| | * |
| SENTEX SYSTEMS | * |
| Defendants | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Entry Master Systems, Inc., by its undersigned counsel, and Defendants, The Chamberlain Group, Inc., Chamberlain Manufacturing Corporation, and Sentex Systems, a division of Link Door Controls, Inc., by their undersigned counsel, stipulate and agree to the Voluntary Dismissal with Prejudice, of the Complaint and Counter-Complaint filed in this case, all subject to and in accordance with the terms of a Settlement Agreement dated August 13, 2002, and a Supplemental Settlement Agreement signed on May 28, 2003 by the Defendants and on June 16, 2003 by the Plaintiff, both of which are incorporated herein and attached hereto as **Exhibits A and B,** respectively.

"APPROVED" THIS 11th DAY OF July, 2003
SENIOR UNITED STATES DISTRICT JUDGE

_/s/ J. Andrew McKinney, Jr._

J. Andrew McKinney, Jr. (Bar No. 14369)
LINIAK, BERENATO & WHITE, LLC
Inner Harbor Center
400 East Pratt Street
Suite 829
Baltimore, Maryland 21202
(410) 528-1167

Attorneys for Plaintiff/Counter-Defendant
Entry-Master Systems, Inc.

_/s/ F. Kirk Kolodner_ 6/30/03

F. Kirk Kolodner (Bar No. 01135)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201-2927
(410) 539-5195

Attorneys for Plaintiff/Counter-Defendant,
Entry-Master Systems, Inc.


KARL R. FINK
JOSEPH T. NABOR
RICHARD W. SCHUMACHER
SANDRA V. SCAVO
FITCH, EVEN, TABIN & FLANNERY
102 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
(312) 577-7000

Attorneys for Defendants/Counter-Plaintiffs,
The Chamberlain Group, Inc., Chamberlain
Manufacturing Corporation, and Sentex Systems,
a division of Link Door Controls, Inc.


FRANCIS J. GORMAN
MICHAEL S. YANG
GORMAN & WILLIAMS
2 North Charles Street
Baltimore, Maryland 21201
(410) 528-0600

Attorneys for Defendants/Counter-Plaintiffs,
The Chamberlain Group, Inc., Chamberlain
Manufacturing Corporation, and Sentex Systems,
a division of Link Door Controls, Inc.

NO. 077
06/30/2003  10:13  ADELBERG, RUDOW, DORF + HENDLER

| | |
|---|---|
| J. Andrew McKinney, Jr. (Bar No. 14369)<br>LINIAK, BERENATO & WHITE, LLC<br>Inner Harbor Center<br>400 East Pratt Street<br>Suite 829<br>Baltimore, Maryland 21202<br>(410) 528-1167<br><br>Attorneys for Plaintiff/Counter-Defendant<br>Entry-Master Systems, Inc.<br><br>*/s/*<br>_____ | F. Kirk Kolodner (Bar No. 01135)<br>ADELBERG, RUDOW, DORF & HENDLER, LLC<br>600 Mercantile Bank & Trust Bldg.<br>2 Hopkins Plaza<br>Baltimore, Maryland 21201-2927<br>(410) 539-5195<br><br>Attorneys for Plaintiff/Counter-Defendant,<br>Entry-Master Systems, Inc.<br><br>*/s/*<br>_____ |

KARL R. FINK
JOSEPH T. NABOR
RICHARD W. SCHUMACHER
SANDRA V. SCAVO
FITCH, EVEN, TABIN & FLANNERY
102 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
(312) 577-7000

Attorneys for Defendants/Counter-Plaintiffs,
The Chamberlain Group, Inc., Chamberlain
Manufacturing Corporation, and Sentex Systems,
a division of Link Door Controls, Inc.

_____
FRANCIS J. GORMAN
MICHAEL S. YANG
GORMAN & WILLIAMS
2 North Charles Street
Baltimore, Maryland 21201
(410) 528-0600

Attorneys for Defendants/Counter-Plaintiffs,
The Chamberlain Group, Inc., Chamberlain
Manufacturing Corporation, and Sentex Systems,
a division of Link Door Controls, Inc.

FITCH EVEN TABIN & FLANNERY;   312 577 7007;   JUL-1-03 9:20;   PAGE 1/1
312 577 7007

J. Andrew McKinney, Jr. (Bar No. 14369)
LINIAK, BERENATO & WHITE, LLC
Inner Harbor Center
400 East Pratt Street
Suite 829
Baltimore, Maryland 21202
(410) 528-1167

Attorneys for Plaintiff/Counter-Defendant
Entry-Master Systems, Inc.

F. Kirk Kolodner (Bar No. 01135)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201-2927
(410) 539-5195

Attorneys for Plaintiff/Counter-Defendant,
Entry-Master Systems, Inc.

KARL R. FINK
JOSEPH T. NABOR
RICHARD W. SCHUMACHER
SANDRA V. SCAVO
FITCH, EVEN, TABIN & FLANNERY
102 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
(312) 577-7000

Attorneys for Defendants/Counter-Plaintiffs,
The Chamberlain Group, Inc., Chamberlain
Manufacturing Corporation, and Sentex Systems,
a division of Link Door Controls, Inc.

_____ 7/10/03

FRANCIS J. GORMAN
MICHAEL S. YANG
GORMAN & WILLIAMS
2 North Charles Street
Baltimore, Maryland 21201
(410) 528-0600

Attorneys for Defendants/Counter-Plaintiffs,
The Chamberlain Group, Inc., Chamberlain
Manufacturing Corporation, and Sentex Systems,
a division of Link Door Controls, Inc.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 10th day of July, 2003, a copy of the foregoing Notice of Stipulation of Dismissal with Prejudice was mailed, postage prepaid, to:

Karl R. Fink, Esquire
Joseph T. Nabor, Esquire
Richard W. Schumacher, Esquire
Sandra V. Scavo, Esquire
FITCH, EVEN, TABIN & FLANNERY
102 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406

Francis J. Gorman, Esquire
Michael S. Yang, Esquire
GORMAN & WILLIAMS
2 North Charles Street
Baltimore, Maryland 21201

F. KIRK KOLODNER